■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN T. BUSH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CANDELARIO, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Purple, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CANDELARIO, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Purple, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID G. MILLER, Appellant.—Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed, in accordance with the following Memorandum: In the exercise of our discretion, we modify the sentence imposed upon defendant to time served. The sentence thus equates with the term of imprisonment recommended in the pre-sentence report. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Driving While Intoxicated.) Present—Dillon, P. J., Callahan, Denman, Green and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN BIANCAVILLA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Oswego County Court, Brandt, J.—Attempted Burglary, 3rd Degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.